# United States Bankruptcy Court
## Northern District of Illinois

In re: FREDERICK WORTHAM　　　　　　　　　　　　　　　Case No. 12 B 46759

### ORDER ON DEBTOR'S APPLICATION FOR WAIVER OF THE CHAPTER 7 FILING FEE

Upon consideration of the debtor's "Application for Waiver of the Chapter 7 Filing Fee," the court orders that the application be:

[ ] GRANTED.

　　This order is subject to being vacated at a later time if developments in the administration of the bankruptcy case demonstrate that the waiver was unwarranted.

[X] DENIED. SCHEDULES NOT FILED AS ORDERED.

　　The debtor shall pay the chapter 7 filing fee according to the following terms:

　　$ __306.00__ on or before __1/3/13__

　　$ _____ on or before _____

　　$ _____ on or before _____

　　$ _____ on or before _____

　　Until the filing fee is paid in full, the debtor shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

　　IF THE DEBTOR FAILS TO TIMELY PAY THE FILING FEE IN FULL OR TO TIMELY MAKE INSTALLMENT PAYMENTS, THE COURT MAY DISMISS THE DEBTOR'S CHAPTER 7 CASE.

[ ] SCHEDULED FOR HEARING

　　The hearing to consider the debtor's "Application for Waiver of the Chapter 7 Filing Fee" shall be held on December 21, 2012, at 10:30 AM. at 219 South Dearborn Street, Courtroom 682, Chicago, IL 60604. Debtor(s) to file Summary of Schedules, Schedules I and J, and Statement of Affairs. Debtor(s) to bring copies of said documents to Court on the above date.

　　IF THE DEBTOR FAILS TO APPEAR AT THE SCHEDULED HEARING, THE COURT MAY DEEM SUCH FAILURE TO BE THE DEBTOR'S CONSENT TO THE ENTRY OF AN ORDER DENYING THE FEE WAIVER APPLICATION BY DEFAULT.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

DATE: December 21, 2012
　　　　　　　　　　　　　　　　　　　　Jack B. Schmetterer
　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge